IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE CROMPTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>USPO KENT D. HANSON, et al.,<br><br>　　　　Defendants. | No. C 12-03184 EJD (PR)<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CASE |

　　　　Plaintiff, a Federal prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 which was opened under Case No. 12-03020 EJD (PR), on June 12, 2012. Thereafter, Plaintiff filed additional documents relevant to that case which were construed as filing a new action under the instant case file, Case No. 12-03184 EJD (PR). Because the instant case was opened in the error, the case shall be administratively closed.

　　　　The Clerk shall file copies of all the documents filed by Plaintiff in the instant action into Case No. 12-03020 EJD (PR), terminate any pending motions, and administratively close this action.

DATED: ___8/10/2012___　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Administratively Closing Case
03184Crompton_admin close.wpd
　　　　　　　　　　1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE CROMPTON,

        Plaintiff,

  v.

KENT D. HANSON, et al.,

        Defendants.

Case Number: CV12-03184 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/10/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dewayne Crompton 03502-090
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521

Dated: 8/10/2012

                                          Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk