IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE CROMPTON, | ) | No. C 12-03020 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| KENT D. HANSON, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff, a federal prisoner proceeding pro se, filed the instant civil rights action under 42 U.S.C. § 1983 against federal employees of the United States Probation Office in Madison, Wisconsin. Because it appears that the defendants reside in and the acts complained of occurred in Dane County, which lies within the venue of the Western District of Wisconsin, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western District of Wisconsin. See 28 U.S.C. § 1406(a).

    The Clerk shall terminate any pending motions and transfer the entire file to the Western District of Wisconsin.

DATED: 10/2/2012

EDWARD J. DAVILA
United States District Judge

Order of Transfer
03020Crompton_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE CROMPTON,

        Plaintiff,

  v.

KENT D. HANSON et al.,

        Defendants.

Case Number: CV12-03020 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dewayne Crompton 03502-090
U.S. Penitentiary
Federal Corr. Complex - 2
P.O. Box 1034
Coleman, FL 33521

Dated: 10/4/2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk